1  JOSEPH A. SCANLAN, JR., ESQ., SBN: 101928
   MILLER, MORTON, CAILLAT & NEVIS, LLP
2  25 Metro Drive, 7th Floor
   San Jose, California 95110
3  Telephone: (408) 292-1765
   Facsimile: (408) 436-8272
4

5  Attorneys for Plaintiff
   CARL R. SCHULENBURG
6

7  NICK C. GEANNACOPULOS, SBN 114822
   SEYFARTH SHAW LLP
8  560 Mission St 31FL
   San Francisco, CA 94105
9  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
10

11 Attorneys for Defendant
   SONIC SOFTWARE CORP.
12

                    UNITED STATES DISTRICT COURT

          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

                                        *E-FILED - 5/20/05*

   CARL R. SCHULENBURG           )  Case No.  C 04-02734 RMW
                                 )
              Plaintiff,         )  STIPULATION FOR DISMISSAL [F.R.C.P.
                                 )  41(a)(1)] AND ORDER THEREON
         v.                      )
                                 )
   SONIC SOFTWARE CORP., a corporation, )
   and DOES 1 through 100, Inclusive, )
                                 )
              Defendants.        )
                                 )
                                 )
   _____)

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

                                    1
   STIPULATION FOR DISMISSAL[F.R.C.P. 41(a)(1)] AND ORDER THEREON

1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to F.R.C.P. 41(a)(1).

4  Dated: April 11, 2005           MILLER, MORTON, CAILLAT & NEVIS, LLP

6                                  By: _____
                                   JOSEPH A. SCANLAN, JR.
7                                  Attorneys for Plaintiff
                                   CARL R. SCHULENBURG

9  Dated: April ____, 2005         SEYFARTH SHAW LLP
         *may 3*

11                                 By: _____
                                   NICK GEANNACOPULOS
12                                 Attorneys for Defendant
                                   SONIC SOFTWARE CORPORATION

15  IT IS SO ORDERED.

17  Dated:  5/20/05                /S/ RONALD M. WHYTE
                                   UNITED STATES DISTRICT COURT JUDGE

20    I, Joseph A. Scanlan, Jr., hereby attest that I have on file all holograph signatures for any
21  signatures indicated by a "conformed" signature (/S/) within this e-filed document.

24                                 /s/_____
                                   JOSEPH A. SCANLAN, JR.

27  ::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.LitigationLibrary:123558.1